```
RICHARD MAC BRIDE, SB# 199695
LAW OFFICES OF RICHARD A. MAC BRIDE
855 Marina Bay Parkway, Suite 210
RICHMOND, CA 94804
Phone 415-730-6289
Fax 510-439-2786
Attorney for Plaintiff Richard Sepulveda
```

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Richard Sepulveda,<br><br>             Plaintiff,<br><br>Vs.<br><br>Son Nguyen, et al.<br><br>             Defendants. | Case Number 20-1861 RS<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE AND ORDER |

Plaintiff Richard Sepulveda, on the one hand, and defendants Son Nguyen and Redwood and 35th Avenue Gas Station, Inc. (the "Corporation"), on the other hand, by and through their respective attorneys of record (attorney for plaintiff is Richard A. Mac Bride; attorney for defendants Son Nguyen and the Corporation is Richard T. Bowles), hereby stipulate as follows:

1. Plaintiff entered into a Settlement Agreement and General Release in this matter with all defendants whereby plaintiff deemed resolved all claims and agreed to the dismissal of the above-captioned action with prejudice with regard to all defendants, with all parties to bear their own respective attorney fees and costs.

2. The terms of the Settlement Agreement having been fulfilled, accordingly, the Parties signing this stipulation to jointly request that the Court dismiss this entire action with prejudice.

Law Offices of Richard A. Mac Bride – By: Richard A. Mac Bride /s/ Richard A. Mac Bride

Attorney for Plaintiff Richard Sepulveda                                                             5/6/2021

___

STIPULATION AND ORDER OF DISMISSAL – 20-1861 RS

1  Law Office of Bowles & Verna LLP et al. – By: Richard T. Bowles /s/ Richard T. Bowles
2  Attorney for defendants Son Nguyen and the Corporation                    5/6/2021

### FILER'S ATTESTATION

Pursuant to General Order 45, Section X(B), I hereby attest that on May 6, 2021, I, Richard A. Mac Bride, the attorney of record for plaintiff herein, received the concurrence of attorney Richard Bowles, attorney for defendants herein, in the filing of this document.

/s/ Richard A. Mac Bride

Richard A. Mac Bride

## ORDER

Having considered the signatory parties' Stipulation of Dismissal with Prejudice, and for good cause appearing, it is hereby ORDERED:

1. That the action entitled Sepulveda v. Nguyen, et al., Case No. C-1861 RS, is dismissed with prejudice with respect to all defendants and all causes of action, with each party to bear her/his/its own attorney's fees and costs.

Date: May 6, 2021

*Richard Seeborg* (signature)

Richard Seeborg

United States District Judge